UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 17-CR-161 (TSC) |
| v. | : | |
| | : | |
| IMRAN AWAN and | : | |
| HINA ALVI | : | |
| Defendants | : | |
| | : | |

**CONSENT MOTION TO QUASH WARRANT AND ISSUE CRIMINAL SUMMONS**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves the Court to quash the bench warrant for Hina Alvi ("defendant Alvi") and requests a criminal summons for her appearance at an arraignment on October 6, 2017, or the earliest available date for the Court thereafter. Defendant Alvi, through counsel, has indicated that she does not oppose this request. In support of this request, the United States submits the following.

On July 24, 2017, United States Magistrate Judge Deborah A. Robinson issued an Arrest Warrant for defendant Imran Awan ("defendant Awan") on one count of Bank Fraud, in violation of 18 U.S.C. § 1344. Defendant Awan was arrested that day and made his initial appearance before the Court on July 25, 2017.

On August 17, 2017, a grand jury returned an Indictment charging defendant Awan and defendant Alvi with one count of Conspiracy, in violation of 18 U.S.C. § 371, one count of Bank Fraud, in violation of 18 U.S.C. § 1344(2), one count of False Statements on a Loan or Credit Application, in violation of 18 U.S.C. § 1014, and one count of Monetary Transactions, in violation of 18 U.S.C. § 1957. United States Magistrate Judge Robin M. Meriweather issued an Arrest

Warrant for defendant Alvi. The Court subsequently set a status hearing/arraignment date for defendant Awan for September 1, 2017.

On September 1, 2017, defendant Awan appeared before this Court and was arraigned on the Indictment. The Court scheduled a continued status hearing for defendant Awan for October 6, 2017, at 9:15 am.

Counsel for defendant Alvi has contacted counsel for the United States and represented that defendant Alvi was aware of the Arrest Warrant and that she offered to self-surrender, but noted that she was now outside the United States and is planning to return during the last week of September 2017. Counsel further represented that defendant Alvi will be traveling with her children at the time. In addition, Counsel represented that defendant Alvi will turn in her passport(s) when she returns to the United States, and that she will not seek to book any international travel following her appearance in the United States.

The current Arrest Warrant for defendant Alvi will result in her being automatically arrested by U.S. Customs and Border Protection upon entering the United States. To avoid having defendant Alvi arrested in front of her children, the parties respectfully assert that it is in the interest of justice to quash the Arrest Warrant for defendant Alvi and to issue defendant Alvi a criminal summons to appear in this case for her arraignment.

Because the Court has already scheduled defendant Awan's continued status hearing for October 6, 2017, at 9:15 am, the government respectfully requests that the Court also summon defendant Alvi to appear for her arraignment on that date and time, or at the earliest available date for the Court thereafter.

CONCLUSION

For the foregoing reasons, the government respectfully requests that: (1) the Court quash the Arrest Warrant issued by U.S. Magistrate Judge Robin M. Meriweather on August 17, 2017; and (2) the Court issue a summons for defendant Alvi to appear at an arraignment on October 6, 2017, at 9:15 am, or at the earliest available date for the Court thereafter.

                          Respectfully submitted,

                          CHANNING D. PHILLIPS
                          UNITED STATES ATTORNEY
                          D.C. Bar No. 415793

By:      /s/
                          Michael J. Marando
                          N.Y. Bar No. 4250395
                          Assistant United States Attorney
                             for the District of Columbia
                          555 4th Street, N.W., Room 5241
                          Washington, D.C. 20530
                          Michael.Marando@usdoj.gov
                          202-252-7068