**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 17-161-02 (TSC) |
| | : | |
| **HINA ALVI** | : | |

**NOTICE OF ASSIGNMENT AND SUBSTITUTION OF APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney T. Anthony Quinn, Bar Number 415-213, telephone number (202) 252-7558, is now assigned as counsel for the United States, and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

MARGARET J. CHRISS
Chief, Special Proceedings Division

_____/S/_____
T. ANTHONY QUINN
D.C. Bar No. 415-213
United States Attorney's Office
Special Proceedings Division
555 Fourth Street, NW
Washington, D.C. 20530
202-252-7558

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing to be served on defendant's counsel of record, Nikki Lotze, Esquire, on this 10th day of October, 2018.

_____/S/_____
T. ANTHONY QUINN
Assistant United States Attorney